In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-07-039 CV


____________________



IN RE ZIMMER, INC., ZIMMER CEP USA, INC. AND 


ZIMMER HOLDINGS, INC.






Original Proceeding






 MEMORANDUM OPINION


 Zimmer, Inc., Zimmer CEP USA, Inc. And Zimmer Holdings, Inc. filed a petition for
writ of mandamus. The relators have now filed a motion to dismiss this mandamus
proceeding without prejudice because the underlying litigation settled. 

 The relators no longer request mandamus relief from the Court. Accordingly, this
original proceeding is dismissed without prejudice and without reference to the merits.

 PETITION DISMISSED.

 PER CURIAM

Opinion Delivered August 2, 2007

Before McKeithen, C.J., Gaultney and Horton, JJ.